IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLORADO
                   HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover        Date:  September 18, 2012
Court Reporter:    Terri Lindblom
Probation Officer: Gary Burney

Criminal Action No. 12-cr-00011-MSK

*Parties*:                                *Counsel*:

UNITED STATES OF AMERICA,                 Jeremy Sibert

        Plaintiff,

v.

EMMANUEL KWAME FORSON,                    Kenneth Eichner

        Defendant.

---

                        SENCENCING MINUTES
---

**9:04 a.m.     Court in session**.

Defendant present in custody

Interpreter sworn.

**Change of Plea Hearing on June 14, 2012. Defendant pled guilty to Count 2 of the Superseding Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure **(Doc. #87)**. Argument.

The defendant **does not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: The Government, the defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** The Government's Motion for Downward Departure **(Doc. #87)** is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**9:52 a.m.** **Court in recess.**

Total Time: 48 minutes.
Hearing concluded.